

February 21, 2012

| | | |
|---|---|---|
| Raw Films, Ltd. | Plaintiff | Civil Action No. 2: 11-cv-15227-RHC-MKM |
| | | United States District Court for the |
| | Vs | Eastern District of Michigan |
| John Does 1 – 38, | Defendants | |



I David Kall due object to the release of my personal information by Charter Communications to the plaintiff (Raw Films, Ltd.) in regards to my IPAddress (66.227.140.166) listed on the attached Subpoena.

Thank you,

David Kall

DAVID KALL
2129 McDonald Sp.
MT. PlEASANT MI 48858

United States District Court
For the Eastern District of Michigan
Clerks Office
U.S. Post Office Building
1000 Washington Avenue
Bay City, MI 48708