**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RAW FILMS, LTD.,

    Plaintiff,

v.                                                                  Case No. 11-15227

JOHN DOES 1-38,

    Defendants.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

In denying Plaintiff's second motion to extend the time period for effectuating service on the thirty-eight John Doe Defendants in this action, the court on June 8, 2012, dismissed all those Defendants who had not yet been served with a summons and complaint. *See* Fed. R. Civ. P. 4(m). The court also directed Plaintiff to file a proof of service for all Defendants who had been served, as well as an amended complaint identifying those Defendants by name, no later than June 22, 2012. Plaintiff failed to file such materials by the specified date, so the court can only conclude that none of the Defendants were properly served in the time allotted by the court. Thus, it seems dismissal of the entire action is appropriate at this time. Accordingly,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 4(m) due to the failure to timely serve Defendants.

                                                     s/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: June 27, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 27, 2012, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522